**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RIEF HEALTHCARE, L.L.C. d/b/a MED PLUS HOSPICE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:17-cv-01313-CEJ |
| TOM PRICE, in his official capacity as Secretary, United States Department of Health and Human Services, *et al.*, | ) | |
| Defendants. | ) | |

**JOINT STIPULATION REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND RESCHEDULING OF HEARING**

Plaintiff Rief HealthCare, L.L.C. d/b/a Med Plus Hospice and Defendants, by and through their undersigned counsel, respectfully stipulate as follows:

1. On or about April 3, 2017, the Centers for Medicare and Medicaid Services ("CMS") notified Rief HealthCare, L.L.C. d/b/a Med Plus Hospice ("Med Plus") that its Medicare agreement would be terminated effective Sunday, April 16, 2017.

2. On April 13, 2017, Med Plus filed a Verified Complaint (Dkt. No. 1) seeking injunctive relief to prevent termination on April 16, 2017 and to maintain the status quo pending an administrative review of the termination decision. Med Plus also filed a motion for temporary restraining order (Dkt. No. 4), supporting memorandum (Dkt. No. 4-1), and request for expedited hearing (Dkt. No. 5).

3. On April 13, 2017, this Court set the hearing for Friday, April 14, 2017, at 3:00 p.m.

4. On April 14, 2017, counsel for the parties conferred regarding the history of this dispute and Med Plus's requested relief.

5. On the afternoon of April 14, 2017, undersigned counsel for Defendants advised that Defendants would agree to stay the termination of Med Plus for one week, from April 16, 2017 to April 23, 2017, subject to further order by this Court.

6. On the afternoon of April 14, 2017, counsel for the parties contacted chambers. The parties were advised that today's schedule hearing could be reset to Friday, April 21, at 10:00 a.m. Med Plus's request for a preliminary injunction will be heard at that time.

WHEREFORE, the parties respectfully request that this Court enter an Order finding that the termination of Med Plus's Medicare agreement is continued until April 23, 2017, subject to further order of this Court, that this matter be reset for a hearing on April 21, 2017 at 10:00 on Med Plus's request for a preliminary injunction, and that the Court grant any further relief that is appropriate.

Respectfully submitted,

**THOMPSON COBURN LLP**

By: /s/ Jan Paul Miller
Jan Paul Miller, #58112
Matthew D. Guletz, #57410
Shaun C. Broeker, #65804
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 (fax)
jmiller@thompsoncoburn.com
mguletz@thompsoncoburn.com
sbroeker@thompsoncoburn.com

*Attorneys for Plaintiff Rief HealthCare, L.L.C. d/b/a Med Plus Hospice*

Carrie Costantin
Acting United States Attorney

By: /s/ *Nicholas P. Llewellyn*
Nicholas P. Llewellyn, #MO43839
Assistant United States Attorney
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
Telephone: 314.539.2200
Fax: 314.539.2309
Nicholas.llewellyn@usdoj.gov
*Attorneys for Defendant HHS*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system on this 14th day of April, 2017, and by email attachment on all counsel of record:

/s/ Jan Paul Miller