UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RIEF HEALTHCARE, L.L.C. d/b/a MED PLUS HOSPICE<br><br>Plaintiff,<br><br>vs.<br><br>TOM PRICE, in his official capacity as Secretary, United States Department of Health and Human Services, et al.,<br><br>Defendants. | Case No. 4:17-CV-1313 (CEJ) |

**ORDER**

Pursuant to the parties' joint stipulation regarding plaintiff's motion for temporary restraining order and joint motion to reschedule the hearing [Doc. #10],

**IT IS HEREBY ORDERED** that the parties' joint motion to continue the preliminary injunction hearing [Doc. #10] is **granted**.

**IT IS FURTHER ORDERED** that the preliminary injunction hearing is continued to **April 21, 2017** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the termination of Med Plus's Medicare agreement is **continued** until **April 23, 2017**, subject to further order of this Court.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2017.