**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RIEF HEALTHCARE, L.L.C. d/b/a MED PLUS HOSPICE,<br><br>Plaintiff,<br><br>v.<br><br>TOM PRICE, in his official capacity as Secretary, United States Department of Health and Human Services, *et al.*,<br><br>Defendants. | ) | Case No. 4:17-cv-01313-CEJ |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Rief HealthCare, L.L.C. d/b/a Med Plus Hospice, by and through its undersigned counsel and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and voluntarily dismisses this action without prejudice, and without costs or attorneys' fees to any party.

Dated: April 18, 2017

Respectfully submitted,

**THOMPSON COBURN LLP**

By: /s/ Jan Paul Miller
Jan Paul Miller, #58112
Matthew D. Guletz, #57410
Shaun C. Broeker, #65804
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 (fax)
jmiller@thompsoncoburn.com
mguletz@thompsoncoburn.com
sbroeker@thompsoncoburn.com

*Attorneys for Plaintiff Rief HealthCare, L.L.C. d/b/a Med Plus Hospice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system on this 18th day of April, 2017, on all counsel of record:

/s/ Jan Paul Miller